FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 8 - 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01778-ZLW-KLM

EDWIN G. ALMEYDA,

    Plaintiff,

v.

TOM PETERSON,

    Defendant.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Dated: __October 1, 2008__

BY THE COURT:

*[signature: Zita L. Weinshienk]*

ZITA L. WEINSHIENK, Senior Judge
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01778-ZLW-KLM

Edwin G. Almeyda
Doc No. 46277
El Paso County CJC
2739 E. Las Vegas St.
Colorado Springs, CO 80906

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTSEY COPY**

US Marshal Service
Service Clerk
Service forms for: Tom Peterson

 I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Tom Peterson: COMPLAINT FILED 08/20/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/3/08

GREGORY C. LANGHAM, CLERK

By: _____
   Deputy Clerk