IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01778-ZLW-KLM

EDWIN G. ALMEYDA,

    Plaintiff,

v.

TOM PETERSON,

    Defendant.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion to Supplement Civil Rights Complaint** [Docket No. 9; Filed October 6, 2008] (the "Motion").

Plaintiff seeks to supplement Section C, "Nature of the Case," of his Complaint [Docket No. 3; Filed August 20, 2008], with additional facts related to his "claims that he has been, and still is, held in C.D.O.C. custody well beyond his statutory discharge date." *Motion* [#9] at 1. In relevant part, Fed. R. Civ. P. 15(d) provides that "[o]n motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." However, the Court finds that the majority of information Plaintiff seeks to add to his Complaint relates to alleged statements made and actions taken by Plaintiff's parole officer, Allison Sweeney, as well as policy decisions of the Colorado Department of Corrections ("CDOC") and the CDOC parole board. Ms. Sweeney, the CDOC, and the CDOC Parole Board are not currently parties to Plaintiff's action. As

such, it would be futile to allow Plaintiff to supplement his Complaint with information that is unrelated to his current claims that Defendant Peterson both subjected him to cruel and unusual punishment and is responsible for the loss of Plaintiff's property during his transfer from one facility to another.

Accordingly, IT IS HEREBY **ORDERED** that the Motion is **DENIED**. However, to the extent that Plaintiff wishes to file an Amended Complaint, he may do so. Plaintiff is directed that he must file an Amended Complaint that contains all Defendants and the specific claims for relief that Plaintiff wishes to assert on the court-approved "Prisoner Complaint" form on or before **October 29, 2008**.

IT IS FURTHER **ORDERED** that the clerk of the court mail to Mr. Almeyda, together with a copy of this order, two copies of the following form: Prisoner Complaint.

BY THE COURT:

__s/ Kristen L. Mix_____

United States Magistrate Judge

Dated: October 8, 2008