IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01778-ZLW-KLM

EDWIN G. ALMEYDA,

    Plaintiff,

v.

TOM PETERSON,

    Defendant.

---

### ORDER

---

After consideration of the case file herein and pursuant to D.C.COLO.LCivR 10.1, It is

ORDERED that Plaintiff shall file a notice of change of address within five days of the date of any change of address, or this action may be dismissed. It is

FURTHER ORDERED that the Clerk shall mail copies of docket entries 31, 32, and a copy of this Order, to Plaintiff at the address below:

    **Edwin G. Almeyda**
    **1455 Alvarado Dr., Apt. #115**
    **Colorado Springs, CO 80910**

DATED at Denver, Colorado, this 17th day of April, 2009.

    BY THE COURT:

    */s/ Zita L. Weinshienk*
    _____
    ZITA L. WEINSHIENK, Senior Judge
    United States District Court