IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01778-ZLW-KLM

EDWIN G. ALMEYDA,

    Plaintiff,

v.

TOM PETERSON,

    Defendant.
_____

**ORDER**
_____

    The matter before the Court is a Recommendation Of United States Magistrate Judge (Doc. No. 31; Apr. 7, 2009).  Magistrate Judge Kristen L. Mix issued this Recommendation after Plaintiff failed to respond to her Order To Show Cause (Doc. No. 28; Mar. 3, 2009).  Neither party filed objections to the Recommendation.

    As required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the Court has reviewed *de novo* the Recommendation and accepts and adopts it in its entirety. Accordingly, it is

ORDERED that Plaintiff's Complaint and cause of action is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) and D.C.COLO.LCivR 41.1.

DATED at Denver, Colorado, this 15th day of May, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court